IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEVON TYRONE DEAN,

      Petitioner,

v.                                           CASE NO. 4:08cv207-RH/WCS

MICHAEL B. MUKASEY, et al.,

      Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on August 24, 2008.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge